# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:16-cv-432-RWS |
| CVS PHARMACY, INC. et al., | § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A (collectively, "Uniloc") and Defendants CVS Pharmacy, Inc. and MinuteClinic, LLC (collectively, "CVS") have agreed to settle this matter.

NOW, THEREFORE, Uniloc and CVS stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by Uniloc against CVS are dismissed with prejudice.

2. The parties shall each bear their own attorneys' fees, expenses, and costs.

Dated: October 17, 2016

Respectfully submitted,

By: */s/ James L. Etheridge*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324

Southlake, TX  76092
Tel.:  (817) 470-7249
Fax:  (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG SA**


*/s/ Martha Jahn Snyder*
Anthony A.Tomaselli
aat@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703-3095
Tel: (608)251-5000
Fax:(608)251-9166

Louis A. Klapp
louis.klapp@quarles.com
QUARLES & BRADY LLP
300 North LaSalle St., Suite 4000
Chicago, IL 60654
Tel: (312)-715-2712
Fax: (312)-632-194

Brian Craft (Bar No. 04972020)
bcraft@findlaycraft.com
Eric H. Findlay (Bar No. 00789886)
efindlay@findlaycraft.com
102 North College Avenue Suite 900
Tyler, Texas 75702
Tel. (903) 534-1100
Fax (903) 534-1137

**ATTORNEYS FOR CVS PHARMACY, INC. AND MINUTECLINIC, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this October 17, 2016, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) and via email.

*/s/ James L. Etheridge*
James L. Etheridge